**Denied and Opinion Filed August 20, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-24-00958-CV**

## IN RE ALEXIS DANIELLE ROSS, Relator

**Original Proceeding from the County Court at Law No. 7
Collin County, Texas
Trial Court Cause No. 007-02732-2024**

# MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Garcia

Before the Court is relator's August 14, 2024 petition for writ of prohibition.

Relator asks this Court to issue a writ of prohibition against the trial court to prevent

it from going forward on real party in interest's motion to dismiss.

A petition for writ of prohibition must comply with rule 52 of the Texas Rules

of Appellate Procedure. *In re Medhanealem Eritrean Orthodox Tewahedo Church*,

No. 05-24-00638-CV, 2024 WL 2717721, at *1 (Tex. App.—Dallas May 28, 2024,

orig. proceeding) (mem. op.). Here, however, relator failed to certify that she has

reviewed her petition and concluded that every factual statement in the petition is

supported by competent evidence included in the appendix or record. *See* TEX. R. APP. P. 52.3(j).

Even if this defect did not exist, a writ of prohibition has three functions: (1) preventing interference with higher courts in deciding a pending appeal; (2) preventing an inferior court from entertaining suits that will re-litigate controversies already settled by the issuing court; and (3) prohibiting a trial court's action when it affirmatively appears the court lacks jurisdiction. *In re City of Dallas*, No. 05-22-00657-CV, 2022 WL 2737672, at *1 (Tex. App.—Dallas July 14, 2022, orig. proceeding) (mem. op.). We conclude that relator has presented no proper basis for this Court to issue a writ of prohibition here.

Accordingly, we deny relator's petition for writ of prohibition. TEX. R. APP. P. 52.8(a).

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

240958F.P05